Joseph R. Haytas, Esq.
The Law Offices of Joseph R. Haytas
State Bar No. 221044
517 North Mountain Ave., Suite 226
Upland, California 91786

Tel. No. 909-912-0190

Attorney for Plaintiff,
PAUL LUN

LEBOEUF, LAMB, GREENE & MACRAE, LLP
ERIC A. KAUFFMAN, State Bar No. 224612
LISA STEELE, ESQ.
725 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5404
Telephone: (213)955-7300
Facsimile: (213)955-7399

Attorneys for Defendants, Huck International Inc.,
Erroneously named as Alcoa Fastening Systems

**ORIGINAL**

FILED
CLERK, U.S DISTRICT COURT
NOV 23 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 2 8 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LUN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ALCOA FASTENING SYSTEMS, a corporation; and DOES 1 to 100, Inclusive, <br><br> Defendant(s) | Case No.: CV 05-0655 TJH (Ex) <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE 41** |

DOCKETED ON CM
NOV 2 8 2005
BY           001

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

**IT IS SO ORDERED**
Dated 11/22/05

_____
United States District Judge

1

1 | Dated: 10/26/05

**Law Offices of Joseph R. Haytas**

_____
Joseph R. Haytas, Esq.
Attorney for Plaintiff,
Paul Lun

7 | Dated: 10/31/05

**LEBOEUF, LAMB, GREENE & MACRAE, LLP**

_____
Lisa Steele, Attorney for Defendant, Huck International, Inc., erroneously named as Alcoa Fastening

IT IS SO ORDERED

Dated _____

_____
United States District Judge

[entire order block struck through with large X]

2

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )  SS.
COUNTY OF SAN BERNARDINO  )

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 517 North Mountain Avenue, Upland, California, 91786. November 10, 2005, I served the foregoing document described as:

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE 41**

On interested parties in this action,

[X]  by placing the true copies thereof enclosed in sealed envelopes addressed as stated below
[ ]  BY PERSONAL SERVICE: By personally delivering true copies thereof enclosed in sealed envelopes to the following party:
[ ]  BY FACSIMILE from Fax No. [909] 912-0191 to the party address below at the following fax number:

**SEE ATTACHED SERVICE LIST**

[X] BY MAIL
   [X]  I deposited such envelope in the mail at Upland, California. The envelope was mailed with postage thereon fully prepaid.

   [ ]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Upland, California in the ordinary course of business. I am aware that on motion of the part served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 10, 2005, at Upland, California.

[X]  [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[x]  [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ DARIN SWAYNE

**PROOF OF SERVICE**

## ATTACHED SERVICE LIST

**Counsel for Alcoa Fastening Systems**

LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Attn.: Lisa Steele, Esq.
One Gateway Center
420 Fort Duquesne Boulevard, Suite 1600
Pittsburgh, Pennsylvania 15222 – 1437

**Counsel for Alcoa Fastening Systems [Local Counsel]**

LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Attn.: Eric Kauffman, Esq.
725 South Figueroa Street, Suite 3100
Los Angeles, CA  90017 – 5404